UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | Chapter 13 |
| Jennifer Princess Black, | |
| DEBTOR(S). | Case no: 17-62193-CRM |

**AMENDED MOTION TO EXTEND TIME TO PAY FILING FEE INSTALLMENTS**

COMES NOW, Jennifer Princess Black, Debtor in the above-style case, and files this Motion to Extend Time to Pay Filing Fee Installments. In support thereof, Debtor shows this honorable Court the following:

1.

The instant chapter 13 case was filed July 13, 2017.

2.

With the filing, Debtor paid $75.00 toward the filing fee, and applied for installment payments for the balance.

3.

On July 14, 2017, this Court granted the installment application, setting the second installment of $117.50 due on August 14, 2017 and the final installment of $117.50 due on September 11, 2017.

4.

Debtor was unable to pay the second installment on time, and on August 22, 2017 the Court Clerk issued a deficiency notice for the second installment payment and setting a deadline of August 29, 2017 for payment.

5.

Debtor mailed in the second installment payment approximately a week prior to the August 29, 2017 deadline. However, the payment has not yet posted on the docket.

6.

Further, Debtor is presently having difficulty making her payments on time and is seeking an extension of both installment deadlines. This is to allow more time for the second installment payment to be received and docketed, to correct any issues with the payment if needed, and to allow more time to make the final payment.

7.

As such, Debtor respectfully requests that this court extend the deadlines for paying the filing fee installments, and to set the due dates as follows:

Second installment of $117.50 on or before September 18, 2017

Final installment of $117.50 on or before September 25, 2017

WHEREFORE, Debtor prays for the following:

a) That the present motion be granted and extend the deadlines for the second filing fee installment and the final filing fee installment to September 18, 2017 and September 25, 2017, respectively; and

b) That the Debtor be granted such other and further relief as this Court deems just and proper.

Dated: September 1, 2017

/s/ Carson Walden_____
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889

Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
404.884.8315  / 404.924.7051 fax
cwalden@wghnlaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| | Chapter 13 |
| Jennifer Princess Black, | |
| DEBTOR(S). | Case no: 17-62193-CRM |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amendments upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

*Debtor*
Jennifer Princess Black
1124 Shady Creek Drive
Lithonia, GA 30058

I further certify that, by agreement of parties, Nancy J. Whaley, standing Chapter 13 Trustee, was served via ECF.

Dated: September 1, 2017

/s/ Carson Walden_____
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
404.884.8315  / 404.924.7051 fax
cwalden@wghnlaw.com